# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AHMAD HMOUD *et al.*, | ) Case No. 1:23-cv-187-SJD |
| | ) |
| Plaintiffs, | ) Judge Susan Dlott |
| | ) |
| v. | ) |
| | ) NOTICE REGARDING SERVICE AND |
| CITY OF CINCINNATI *et al.*, | ) RESPONSE TO THE COMPLAINT |
| | ) |
| Defendants. | ) |

Plaintiff filed the instant lawsuit on April 3, 2023 Plaintiff has made various attempts at service and also certain requests with respect to waiving service. Rather than having Plaintiff continue these efforts or ask Defendants to execute and file service waivers, undersigned counsel for Defendants through this notice have agreed to accept service of the complaint effective as of the date of this notice, while preserving all other claims and defenses.

Consistent with the time available under Rule 4 for defendants who waive service, Defendants shall have up to and including July 10, 2023 to answer, move, or otherwise respond to the complaint. To the extent the Court interprets this agreement as requiring Court consent, Defendants move for approval of this response date and Plaintiff does not oppose such a request.

Respectfully submitted,

| | |
|---|---|
| */s/ George Andrew Katchmer*<br>1886 Brock Road, NE<br>Bloomington, OH 43106<br>Tel: (740) 437-6071<br>Fax: (740) 437-6077<br>parisworking13@hotmail.com<br><br>*Attorney for Plaintiff* | */s/ Brian P. Muething*<br>Brian P. Muething<br>Laura G. Rai<br>KEATING MUETHING & KLEKAMP PLL<br>One E. 4th Street<br>Suite 1400<br>Cincinnati, OH 45202<br>513-579-6400<br>bmuething@kmklaw.com<br>lrai@kmklaw.com<br><br>*Attorneys for FC Cincinnati Defendants* |
| */s/ Kevin M. Tidd*<br>William C. Hicks<br>Chief Counsel<br>Kevin M. Tidd (0080957)<br>Senior Assistant City Solicitor<br>801 Plum Street, Room 214<br>Cincinnati, OH 45202<br>Tel: (513) 352-3329<br>Fax: (513) 352-1515<br>william.hicks@cincinnati-oh.gov<br>kevin.tidd@cincinnati-oh.gov<br><br>*Attorneys for City Defendants* | */s/ Andrew W. Garth*<br>Andrew W. Garth<br>3 E. Fourth St. Suite 300<br>Cincinnati, OH 45202<br>Tel: (513) 632-3833<br>Fax : (513) 548-3300<br>agarth@cincinnatiport.org<br><br>*Attorney for Defendant Port of Greater Cincinnati Development Authority* |
| */s/ Evan T. Nolan*<br>Matthew A. Rich<br>Evan T. Nolan<br>KATZ TELLER BRANT & HILD CO., LPA<br>255 E. 5th Street, Suite 2400<br>Cincinnati, OH 45202<br>Tel: (513) 721-4532<br>Fax: (513) 721-7120<br>mrich@katzteller.com<br>enolan@katzteller.com<br><br>*Attorneys for Omran Raid LLC, Raid Mahmod, and Omran Saleh* | |

12584601.1