**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **AHMAD HMOUD** *et al.,* | ) | **Case No. 1:23-cv-187-SJD** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Susan Dlott** |
| | ) | |
| **v.** | ) | |
| | ) | **MOTION TO EXTEND THE TIME** |
| **CITY OF CINCINNATI** *et al.,* | ) | **TO ANSWER MOVE OR OTHERWISE** |
| | ) | **PLEAD** |
| **Defendants.** | ) | |

Defendants hereby move for an extension of time to answer, move, or otherwise plead in response to the complaint. In support Defendants state that a resolution of this matter is being negotiated. An extension of time would allow the parties time to consummate this settlement and to allow parties to conserve resources. Defendants therefore request an additional 45 days to answer, move, or otherwise plead in response to the complaint, up to and including August 24, 2023. Undersigned counsel, Brian Muething, spoke to Plaintiffs' counsel on July 7, 2023, and Plaintiffs' counsel indicated that he did not oppose this request.

Respectfully submitted,

/s/ Brian P. Muething
Brian P. Muething
Laura G. Rai
KEATING MUETHING & KLEKAMP PLL
One E. 4th Street
Suite 1400
Cincinnati, OH  45202
513-579-6400
bmuething@kmklaw.com
lrai@kmklaw.com

*Attorneys for FC Cincinnati Defendants*

/s/ Evan T. Nolan
Matthew A. Rich
Evan T. Nolan
KATZ TELLER BRANT & HILD CO., LPA
255 E. 5th Street, Suite 2400
Cincinnati, OH  45202
Tel:  (513) 721-4532
Fax:  (513) 721-7120
mrich@katzteller.com
enolan@katzteller.com

*Attorneys for Omran Raid LLC, Raid Mahmod, and Omran Saleh*

/s/ Kevin M. Tidd
William C. Hicks
Chief Counsel
Kevin M. Tidd (0080957)
Senior Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, OH  45202
Tel: (513) 352-3329
Fax: (513) 352-1515
william.hicks@cincinnati-oh.gov
kevin.tidd@cincinnati-oh.gov

*Attorneys for City Defendants*

/s/ Amy L. Higgins
Amy L. Higgins (0080784)
Andrew W. Garth
3 E. Fourth St. Suite 300
Cincinnati, OH 45202
Tel: (513) 632-3755
Fax : (513) 548-3300
ahiggins@cincinnatiport.org
agarth@cincinnatiport.org

*Attorneys for Defendant Port of Greater Cincinnati Development Authority*

12754865.1