IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AHMAD HMOUD *et al.*, | ) | Case No. 1:23cv187 |
| | ) | |
| Plaintiffs, | ) | Judge Susan Dlott |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CINCINNATI *et al.*, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The within action having been resolved, Plaintiffs hereby give notice of the dismissal, with prejudice, of all claims asserted in this matter against all defendants. Each party to bear their own costs, expenses, and attorney fees.

Respectfully submitted,

/s/ George Andrew Katchmer
1886 Brock Road, NE
Bloomington, OH  43106
Tel:  (740) 437-6071
Fax:  (740) 437-6077
parisworking13@hotmail.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

A copy of the foregoing was served upon the Respondent via electronic notification by the Clerk of Courts this day of filing.

Respectfully    submitted,

/s/ George A. Katchmer

GEORGE A. KATCHMER

1

Attorney at Law